■ The People of the State of New York, Respondent, v Charles Randolph, Appellant. [954 NYS2d 868]

The resentencing proceeding imposing a term of postrelease supervision was neither barred by double jeopardy nor otherwise unlawful (*see People v Lingle*, 16 NY3d 621 [2011]), and we do not find that term to be excessive. We have no authority to revisit defendant's prison sentence on this appeal (*see id.* at 635). Concur—Gonzalez, P.J., Mazzarelli, Acosta and Román, JJ.